# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

139754

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FLOYD PHILLIP ALFORD, a/k/a
FLOYD PHILLIP ALFRED,
      Defendant-Appellant.

SC: 139754
COA: 291644
Wayne CC: 95-000820-01

_____/

      On order of the Court, the application for leave to appeal the August 27, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

*Corbin R. Davis*
Clerk

y0419